11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Alberto Rubio
Cruz

Appellant

Vs.                   No.
11-02-00112-CR B
Appeal from Dallas County

State of Texas

Appellee

 

Appellant
has filed in this court a motion to dismiss his appeal.  Appellant states that he desires to withdraw
his notice of appeal.  The motion is
signed by both appellant and his attorney. 
The motion is granted. 
TEX.R.APP.P. 42.2.

The
appeal is dismissed.

 

PER CURIAM

 

April 25, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.